UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-61806-CIV-LENARD

SPECIALIZED BICYCLE COMPONENTS, INC.,

      Plaintiff,

vs.

BOBJERSEYS.COM, *et al.,*

      Defendants.
_____/

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Specialized Bicycle Components, Inc. ("Plaintiff"), by and through its undersigned counsel of record, herby identifies below all parent corporations and any publicly held corporations that own 10% or more of its stock:

    Merida Industry Co., Ltd. owns 35.5% of Plaintiff's stock.

    Merida Industry Co., Ltd. is publicly traded on the Taiwan exchange.

DATED: August 21, 2014.
                              Respectfully submitted,

                              STEPHEN M. GAFFIGAN, P.A.

                              By:  s:/*Virgilio Gigante*/
                              Stephen M. Gaffigan (Fla. Bar No. 025844)
                              Virgilio Gigante (Fla. Bar No. 082635)
                              T. Raquel Rodriguez-Albizu (Fla. Bar. No. 103372)
                              401 East Las Olas Blvd., Suite 130-453
                              Ft. Lauderdale, Florida 33301
                              Telephone: (954) 767-4819
                              Facsimile: (954) 767-4821
                              E-mail: Stephen@smgpa.net
                              E-mail: Leo@smgpa.net
                              E-mail: Raquel@smgpa.net

                              Attorneys for Plaintiff
                              Specialized Bicycle Components, Inc.